


EXHIBIT 3

## Design is in the Details


Acetone Proof Base


Adjustable Calf Rest


Angelic™ LED Bowl


Auto-Fill™ Water Management System


Digital Automated System™ DAS


Matching Pedicure Stool


Neck Pillow with Hot and Cold Packs


2 Year Worry-Free Parts and Labor Warranty


Tru-Touch™ Massage Ultra System


Ultraleather™ Linen Custom Stitched Pattern

### Also Featuring
- Fold Down Manucure  • Trays Purse Hook  • Wooden Arch and Front Panel  • Care Package

### Specifications
- UL Listed  • Patented Pureflo©  • L=57"  W=44"  H=56"



| Cola | Glazed Gold | Black Diamond | Evergreen | Snowflake | Denim |
| Espresso/Champagne | Espresso/Champagne | Espresso/Champagne | Forest Green/Champagne | Espresso/Champagne Special Order | Espresso/Champagne Special Order |

14800 Goldenwest St.
Westminster, CA 92683

Lexor

www.Lexor.com/Prive
1-855-99 PRIVE
1-855-997-7483