IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Continuum Footspas, LLC
a Wisconsin limited liability company,

Plaintiff,

v.

Lexor, Inc.
a Maryland Corporation,

Defendant.

JURY TRIAL DEMANDED

Case No.

**DECLARATION OF ANTHONY J. GALATI**

1. My name is Anthony J. Galati. I am an employee of Continuum Footspas, LLC ("Continuum").

2. On or about June 1, 2013 I observed Lexor, Inc. ("Lexor") demonstrating the pedicure spa chair shown in the photograph attached hereto as Exhibit A ("Accused Product") at the Premiere Orlando trade show in Orlando, Florida June 1-3, 2013.

Pursuant to 28 U.S.C. §1746, the undersigned declares under the penalty of perjury that the foregoing is true and correct.

Executed this 11 day of July, 2013.

Anthony J. Galati

Jane E Pipice
Milwaukee County
Expires: 02/19/2017
Dated: 07/11/13

**EXHIBIT 5**




EXHIBIT A